UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| HAROLD HAYWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:18-CV-32 |
| | ) | |
| HILLCREST, DAVIDSON, AND ASSOCIATES LLC | ) ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

This matter is before the United States Magistrate Judge under the standing orders of the Court and 28 U.S.C. § 636 for a report and recommendation. Plaintiff has filed a Motion for Default Judgment [Doc. 11] requesting an entry of a judgment by default under Rule 55(b)(1) of the Federal Rules of Civil Procedure.

In order to obtain an entry of judgment by default by the clerk under Rule 55(b)(1), the judgment can be entered upon plaintiff's request, including an affidavit showing the amount due, "against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person." Specifically, "the plaintiff's claim must be for a sum certain or a sum that can be made certain by computation." Rule 55(b)(1).

Plaintiff filed a complaint against Defendant on March 9, 2018. [Doc. 1]. A summons was issued on March 12, 2018 [Doc. 3] and returned executed on April 7, 2018 as served on March 15, 2018. [Doc. 6]. Defendant did not file an answer or any other pleading within the time period required by Rule 12 of the Federal Rules of Civil Procedure. On April 7, 2018, Plaintiff filed an application for clerk's default as to Defendant. [Doc. 7]. All conditions of the application were

1

satisfied on April 18, 2018. The clerk entered a default against Defendant on April 30, 2018. [Doc. 10]. Plaintiff subsequently filed this motion for default judgment against Defendant on May 30, 2018. [Doc. 11]. Plaintiff requests an entry of judgment by default for $1,000.00 in statutory damages under the Fair Debt Collection Practices Act and costs and attorney fees upon application therefore. Defendant has still not made any filing in this case.

With his motion for default judgment, Plaintiff included a declaration in support of his motion for default judgment by his counsel, Alan C. Lee. [Doc. 11-1]. In his declaration, Mr. Lee avers that the complaint was filed, copies of the summons and complaint were served on the registered agent for Defendant, and it has not entered a response. [Doc. 11-1, ¶ 2-4]. Further, it avers that Plaintiff's claim is "for the sum of $1,000.00, plus interest from the date of the judgment as provided by law, together with costs and attorney fees upon application therefore." [Doc. 11-1, ¶ 5].

While Plaintiff's attached exhibit is not the affidavit as specified under the Rule, his declaration serves the same purpose. As allowed under 28 U.S.C. § 1746, where any matter is required or permitted under law to be supported or proved by an affidavit, such matter may be supported or proved by an unsworn declaration when followed by: "I declare (or certify, verify, or state) under penalty or perjury under the laws of the United States of America that the foregoing is true and correct. Execute on (date). (Signature)." Plaintiff's declaration meets this requirement, also including the amount sought by the entry of default judgment, which satisfies the affidavit requirement of Fed.R.Civ.P. 55(b)(1).

As noted, the clerk entered default as to Defendants on April 30, 2018, fulfilling the default requirement of Rule 55(b)(1). The only remaining requirement is that the amount be for a sum certain or a sum able to be computed by the clerk. The $1,000.00 of statutorily allowable damages

2

Case 2:18-cv-00032-JRG-MCLC Document 13 Filed 10/19/18 Page 2 of 3 PageID #: 39

and the interest as so allowed by law fall easily under this description based on the post judgment interest rate as provided in 28 U.S.C. 1961. Therefore, the Court RECOMMENDS that Plaintiff's motion for default judgment be granted as to the $1,000.00, plus interest accruing at the legal rate from the date of judgment until paid in full and order Plaintiff to produce an affidavit of costs and attorney's fees within 30 days of entry of the order to fulfill the sum certain requirement of Rule 55(b)(1). [1]

Respectfully submitted,

s/ Clifton L. Corker
United States Magistrate Judge

---

[1] Any objections to this report and recommendation must be filed within fourteen (l4) days of its service or further appeal will be waived. 28 U.S.C. § 636(b)(1).