UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| HAROLD HAYWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:18-CV-00032-JRG-CLC |
| | ) | |
| HILLCREST, DAVIDSON, AND ASSOCIATES LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER AND JUDGMENT**

This matter is before the Court on United States Magistrate Judge Clifton L. Corker's Report and Recommendation [Doc. 13]. Magistrate Judge Corker recommends that the Court grant Plaintiff's Motion for Default Judgment [Doc. 11]. None of the parties has timely objected to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After carefully reviewing the record, the Court agrees with Magistrate Judge Corker's recommendation. The Court therefore **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the Report and Recommendation, which the Court adopts and incorporates into this Order, Plaintiff's Motion for Default Judgment [Doc. 11] is **GRANTED**. It is therefore **ORDERED** that Plaintiff Harold Hayworth recover from Defendant Hillcrest, Davidson, and Associates LLC the amount of $1,000.00 plus post-judgment interest at 28 U.S.C. § 1961(a)'s rate. Within thirty days from the date of this Order, Plaintiff **SHALL** produce an affidavit of costs and attorney's fees.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *John L. Medearis*
District Court Clerk