UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| HAROLD HAYWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:18-CV-00032-JRG-CLC |
| ) | |
| HILLCREST, DAVIDSON, AND ASSOCIATES ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER AND JUDGMENT

This matter is before the Court on United States Magistrate Judge Clifton L. Corker's Report and Recommendation [Doc. 21]. Magistrate Judge Corker recommends the Court grant Plaintiff's Motion for Attorney Fees. [Doc. 16]. None of the parties has timely objected to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After carefully reviewing the record, the Court agrees with Magistrate Judge Corker's recommendation. The Court therefore **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the Report and Recommendation, which the Court adopts and incorporates into this Order, Plaintiff's motion for attorney's fees [Doc. 16] is **GRANTED**. It is therefore **ORDERED** that Plaintiff's counsel recover from Defendant Hillcrest, Davidson, and Associates LLC the amount of $3,250.00 in attorney's fees.

So ordered.

ENTER:

                                                            s/J. RONNIE GREER
                                          UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *John L. Medearis*
District Court Clerk